UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on March 13, 2025

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 25-CR-111 (APM) |
| v. | |
| | VIOLATIONS: |
| DON CHASE and ISAIAH GRAHAM | 21 U.S.C. § 846 (Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances) |
| Defendants. | |
| | 18 U.S.C. § 924(c)(1)(A)(ii) (Using, Carrying, and Brandishing a Firearm During a Drug Trafficking Offense) |
| | 18 U.S.C. § 1951 (Conspiracy to Interfere with Interstate Commerce by Robbery) |
| | 18 U.S.C. § 1951 (Interference with Interstate Commerce by Robbery) |
| | 18 U.S.C. § 924(c)(1)(A)(ii) (Using, Carrying, and Brandishing a Firearm During a Crime of Violence) |
| | 22 D.C. Code § 801(b) (Second Degree Burglary) |
| | 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year) |
| | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) (Unlawful Possession with Intent to Distribute Oxycodone) |

                                                          **18 U.S.C. § 924(c)(1)(A)(i)**
                                                          **(Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense)**

                                                          **FORFEITURE: 18 U.S.C. §§ 924(d) and 981(a)(1)(C), 21 U.S.C. §§ 853(a) and (p), and 28 U.S.C. § 2461(c)**

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

Beginning on or about May 2024, and continuing through at least on or about July 24, 2024, within the District of Columbia and elsewhere, **DON CHASE, ISAIAH GRAHAM** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did knowingly and willfully combine, conspire, confederate, and agree together, and with other persons, to unlawfully, knowingly, and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of Oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); a mixture and substance containing a detectable amount of Amphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); a mixture and substance containing a detectable amount of Tapentadol, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); a mixture and substance containing a detectable amount of Hydrocodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); and a mixture and substance containing a detectable amount of Morphine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

(**Conspiracy to Distribute and Possess with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Oxycodone, Amphetamine, Tapentadol, Hydrocodone, and Morphine**, in violation of Title 21, United States Code, Section 846).

## COUNT TWO

Beginning on or about May 2024, and continuing through at least on or about July 24, 2024, in the District of Columbia and elsewhere, **DON CHASE** and **ISAIAH GRAHAM** did unlawfully and knowingly use, carry, and brandish during and in relation to, and did possess a firearm in furtherance of, a drug trafficking offense, for which they may be prosecuted in a court of the United States, that is, conspiracy to distribute controlled substances, as charged in Count One of this indictment, which is incorporated herein.

(**Using, Carrying, and Brandishing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii)).

## COUNT THREE

Beginning on or about May 15, 2024, and continuing through at least on or about July 24, 2024, within the District of Columbia and elsewhere, **DON CHASE, ISAIAH GRAHAM** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury did knowingly and willfully combine, conspire, confederate, and agree with each other to commit an offense against the United States, namely, to knowingly and unlawfully obstruct, delay, and affect commerce by robbery in violation of Title 18, United States Code, Section 1951, by agreeing to take United States currency and other items of value, including prescription narcotics, from pharmacies by means of actual and threatened force, violence, and fear of injury, immediate and future, to another person.

### Goal of the Conspiracy

It was the goal of the conspiracy that the conspirators would acquire money, and controlled substances by way of robbery, belonging to and in the care, custody, control, management, and possession of various commercial establishments, including pharmacies.

### The Manner and Means Used to Achieve the Objectives of the Conspiracy

The manner and means by which the conspiracy was carried out included the following:

1. It was part of the conspiracy that the defendants would and did play different roles in the conspiracy and took upon themselves different tasks and participated in the conduct of the conspiracy through various criminal acts.

2. The co-conspirators would often drive together to and from robbery locations in Washington, D.C., Maryland, and Virginia.

3. During each robbery, co-conspirators would enter the pharmacy wearing dark clothing and often a mask and/or gloves to disguise their identity. The co-conspirators would often brandish a firearm at individuals in the pharmacy during the robbery.

4. During the pharmacy robberies, the co-conspirators would often demand and take prescription narcotics such as Oxycodone and demand or take United States currency from the cash registers or safes.

5. It was further a part of the conspiracy that the co-conspirators used various vehicles, often a white BMW, to flee from the establishments after the defendants robbed the establishments.

### Overt Acts in Furtherance of the Conspiracy

In furtherance of the conspiracy, and to effect the objects thereof, the co-conspirators and others, both known and unknown to the Grand Jury, committed, or caused to be committed, the following overt acts in the District of Columbia and elsewhere.

1. On or about May 29, 2024, DON CHASE recorded the interior of the KC Pharmacy located at 8988 Lorton Station Boulevard, Lorton, Virginia.

2. On May 30, 2024, DON CHASE and ISAIAH GRAHAM drove to the KC Pharmacy and parked out front.

3. On or about May 30, 2024, DON CHASE and ISAIAH GRAHAM entered the KC Pharmacy with a firearm.

4. On or about May 30, 2024, DON CHASE and ISAIAH GRAHAM entered and robbed the KC Pharmacy located at 8988 Lorton Station Boulevard, Lorton, Virginia.

5. On or about June 14, 2024, DON CHASE and members of the conspiracy armed themselves with a firearm and entered the Pulse Pharmacy located at 8981 Woodyard Road, Clinton, Prince George's County, Maryland.

6. On or about June 14, 2024, DON CHASE and members of the conspiracy entered and robbed the Pulse Pharmacy located at 8981 Woodyard Road, Clinton, Prince George's County, Maryland.

7. On or about June 14, 2024, DON CHASE and ISAIAH GRAHAM armed themselves with a firearm and entered the Ramdass Pharmacy located at 475 Ingraham Street NE, Washington, DC.

8. On or about June 14, 2024, DON CHASE and ISAIAH GRAHAM entered and robbed the Ramdass Pharmacy located at 475 Ingraham Street NE, Washington, DC.

9. On or about June 29, 2024, DON CHASE searched the internet for "brookville pharmacy."

10. On or about June 29, 2024, DON CHASE and members of the conspiracy armed themselves with a firearm and entered the Brookville Pharmacy located at 7025 Brookville Road, Chevy Chase, Maryland.

11. On or about June 29, 2024, DON CHASE and members of the conspiracy entered and robbed the Brookville Pharmacy located at 7025 Brookville Road, Chevy Chase, Maryland.

12. On or about July 5, 2024, DON CHASE searched the internet for "annapolis professional pharmacy."

13. On or about July 5, 2024, DON CHASE and members of the conspiracy armed themselves with a firearm and entered the Annapolis Professional Pharmacy located at 703 Giddings Avenue in Annapolis, Maryland.

14. On or about July 5, 2024, DON CHASE and members of the conspiracy entered and robbed the Annapolis Professional Pharmacy located at 703 Giddings Avenue in Annapolis, Maryland.

15. On or about July 16, 2024, DON CHASE and members of the conspiracy armed themselves with a firearm and entered the Main Street Pharmacy located at 667 Main Street, Laurel, Maryland.

16. On or about July 16, 2024, DON CHASE and members of the conspiracy entered and robbed the Main Street Pharmacy located at 667 Main Street, Laurel, Maryland.

17. On or about July 22, 2024, ISAIAH GRAHAM and DON CHASE exchanged messages regarding splitting robbery proceeds.

**(Conspiracy to Interfere with Interstate Commerce by Robbery**, in violation of Title 18, United States Code, Section 1951).

## COUNT FOUR

On or about May 30, 2024, within the District of Columbia and elsewhere, **DON CHASE**, **ISAIAH GRAHAM** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect,

commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that **DON CHASE, ISAIAH GRAHAM** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury did unlawfully take and obtain, and attempt to take and obtain, property consisting of controlled substances from the KC Pharmacy located at 8988 Lorton Station Boulevard, Lorton, Virginia, from the presence of employees, and against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of KC Pharmacy, a business that was engaged in and that affects interstate commerce.

**(Interference with Interstate Commerce by Robbery**, in violation of Title 18, United States Code, Section 1951).

## COUNT FIVE

On or about May 30, 2024, in the District of Columbia and elsewhere, **DON CHASE** and **ISAIAH GRAHAM** did unlawfully and knowingly use, carry, and brandish, a firearm during and in relation to, and in furtherance of, a crime of violence, for which they may be prosecuted in a court of the United States, that is, interference with commerce by robbery, as charged in Count Four of this indictment, which is incorporated herein.

**(Using, Carrying, and Brandishing a Firearm During a Crime of Violence**, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii)).

## COUNT SIX

On or about June 14, 2024, within the District of Columbia and elsewhere, **DON CHASE** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code,

Section 1951, in that **DON CHASE** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury did unlawfully take and obtain, and attempt to take and obtain, property consisting of controlled substances from the Pulse Pharmacy located at 8981 Woodyard Road, Clinton, Prince George's County, Maryland from the presence of employees, and against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of Pulse Pharmacy, a business that was engaged in and that affects interstate commerce.

**(Interference with Interstate Commerce by Robbery**, in violation of Title 18, United States Code, Section 1951).

## COUNT SEVEN

On or about June 14, 2024, in the District of Columbia and elsewhere, **DON CHASE** did unlawfully and knowingly use, carry, and brandish, a firearm during and in relation to, and in furtherance of, a crime of violence, for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery, as charged in Count Six of this indictment, which is incorporated herein.

**(Using, Carrying, and Brandishing a Firearm During a Crime of Violence**, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii)).

## COUNT EIGHT

On or about June 14, 2024, within the District of Columbia and elsewhere, **DON CHASE, ISAIAH GRAHAM** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that **DON CHASE, ISAIAH GRAHAM** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury did unlawfully take and obtain,

and attempt to take and obtain, property consisting of controlled substances from the Ramdass Pharmacy located at 475 Ingraham Street NE, Washington, DC from the presence of employees, and against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of Ramdass Pharmacy, a business that was engaged in and that affects interstate commerce.

(**Interference with Interstate Commerce by Robbery**, in violation of Title 18, United States Code, Section 1951).

### COUNT NINE

On or about June 14, 2024, in the District of Columbia and elsewhere, **DON CHASE** and **ISAIAH GRAHAM** did unlawfully and knowingly use, carry, and brandish, a firearm during and in relation to, and in furtherance of, a crime of violence, for which they may be prosecuted in a court of the United States, that is, interference with commerce by robbery, as charged in Count Eight of this indictment, which is incorporated herein.

(**Using, Carrying, and Brandishing a Firearm During a Crime of Violence**, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii)).

### COUNT TEN

On or about June 20, 2024, within the District of Columbia, **DON CHASE** entered the residence 2017 Savannah Terrace SE of C.T., with the intent to steal.

(**Second Degree Burglary**, in violation of Title 22, District of Columbia Code, Section 801(b) (2001 ed.)).

### COUNT ELEVEN

Between on or about June 21, 2024 and on or about June 24, 2024, within the District of Columbia, **DON CHASE** entered the residence 2017 Savannah Terrace SE of C.T., with the intent to steal.

(**Second Degree Burglary**, in violation of Title 22, District of Columbia Code, Section 801(b) (2001 ed.)).

## COUNT TWELVE

On or about June 29, 2024, within the District of Columbia and elsewhere, **DON CHASE** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that **DON CHASE** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury did unlawfully take and obtain, and attempt to take and obtain, property consisting of controlled substances from the Brookville Pharmacy located at 7025 Brookville Road, Chevy Chase, Maryland from the presence of employees, and against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of the Brookville Pharmacy, a business that was engaged in and that affects interstate commerce.

(**Interference with Interstate Commerce by Robbery**, in violation of Title 18, United States Code, Section 1951).

## COUNT THIRTEEN

On or about June 29, 2024, in the District of Columbia and elsewhere, **DON CHASE** did unlawfully and knowingly use, carry, and brandish, a firearm during and in relation to, and in furtherance of, a crime of violence, for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery, as charged in Count Twelve of this indictment, which is incorporated herein.

(**Using, Carrying, and Brandishing a Firearm During a Crime of Violence**, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii)).

## COUNT FOURTEEN

On or about July 5, 2024, within the District of Columbia and elsewhere, **DON CHASE** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that **DON CHASE** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury did unlawfully take and obtain, and attempt to take and obtain, property consisting of controlled substances from the Annapolis Professional Pharmacy located at 703 Giddings Avenue in Annapolis, Maryland from the presence of employees, and against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of the Annapolis Professional Pharmacy, a business that was engaged in and that affects interstate commerce.

(**Interference with Interstate Commerce by Robbery**, in violation of Title 18, United States Code, Section 1951).

## COUNT FIFTEEN

On or about July 5, 2024, in the District of Columbia and elsewhere, **DON CHASE** did unlawfully and knowingly use, carry, and brandish, a firearm during and in relation to, and in furtherance of, a crime of violence, for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery, as charged in Count Fourteen of this indictment, which is incorporated herein.

(**Using, Carrying, and Brandishing a Firearm During a Crime of Violence**, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii)).

## COUNT SIXTEEN

On or about July 16, 2024, within the District of Columbia and elsewhere, **DON CHASE, ISAIAH GRAHAM** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that **DON CHASE, ISAIAH GRAHAM** and co-conspirators not indicted herein, who are known and unknown to the Grand Jury did unlawfully take and obtain, and attempt to take and obtain, property consisting of controlled substances from the Main Street Pharmacy located at 667 Main Street, Laurel, Maryland from the presence of employees, and against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of the Main Street Pharmacy, a business that was engaged in and that affects interstate commerce.

**(Interference with Interstate Commerce by Robbery,** in violation of Title 18, United States Code, Section 1951).

## COUNT SEVENTEEN

On or about July 16, 2024, in the District of Columbia and elsewhere, **DON CHASE** did unlawfully and knowingly use, carry, and brandish, a firearm during and in relation to, and in furtherance of, a crime of violence, for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery, as charged in Count Sixteen of this indictment, which is incorporated herein.

**(Using, Carrying, and Brandishing a Firearm During a Crime of Violence,** in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii)).

### COUNT EIGHTEEN

On or about July 24, 2024, within the District of Columbia, **DON CHASE**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Circuit Court for Prince George's County, Maryland, Docket No. CT180799X, and the Circuit Court for Prince George's County, Maryland, Docket No. CT150125X, did unlawfully and knowingly receive and possess a firearm, that is, a HS Produkt (imported by Springfield Armory) model XDM 9 mm semi-automatic firearm, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1)).

### COUNT NINETEEN

On or about July 24, 2024, within the District of Columbia, **DON CHASE** knowingly and intentionally possessed with intent to distribute Oxycodone, a Schedule II controlled substance.

**(Unlawful Possession with Intent to Distribute Oxycodone**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C)).

### COUNT TWENTY

On or about July 24, 2024, within the District of Columbia, **DON CHASE** did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Count Nineteen, of this Indictment which is incorporated herein, a firearm, that is, HS Produkt (imported by Springfield Armory) model XDM 9mm semi-automatic firearm.

**(Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i)).

## FORFEITURE ALLEGATION

1.  Upon conviction of the offense alleged in Counts One through Nine or Twelve through Eighteen of this Indictment, the defendants, **DON CHASE** and **ISAIAH GRAHAM**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a HS Produkt (imported by Springfield Armory) model XDM 9mm semi-automatic firearm and 9mm ammunition.

2.  Upon conviction of any of the offenses listed in Four, Six, Ten, Twelve, Fourteen or Sixteen of this Indictment, the defendants, **DON CHASE** and **ISAIAH GRAHAM**, shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c). The United States will also seek a forfeiture money judgment against the defendants equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses.

3.  Upon conviction of the offense alleged in Counts One or Nineteen of this indictment, the defendants, **DON CHASE** and **ISAIAH GRAHAM**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses. The United States will also seek a forfeiture money judgment against the defendants equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of these offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, these offenses.

4. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Sections 924(d) and 981(a)(1)(C), Title 21, United States Code, Sections 853(a) and (p), and Title 28, United States Code, Section 2461(c)).

JEANINE FERRIS PIRRO  
UNITED STATES ATTORNEY

By: _*(signed) Gauri Gopal*_  
GAURI GOPAL  
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL:

FOREPERSON.