AO 442 (Rev. 01/09) Arrest Warrant

FID 9966170

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 9:29 am, Sep 24, 2025

United States of America
v.
Isaiah Graham

*Defendant*

Case: 1:25-cr-00111
Assigned To: Judge Mehta, Amit P.
Assign Date: 9/23/2025
Description: SUPERSEDING INDICTMENT (B)
Related Case No. 25-cr-111 (APM)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Isaiah Graham                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 (Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances);
18 U.S.C. § 924(c)(1)(A)(ii) (Using, Carrying, and Brandishing a Firearm During a Drug Trafficking Offense);
18 U.S.C. § 1951 (Conspiracy to Interfere with Interstate Commerce by Robbery);
18 U.S.C. § 1951 (Interference with Interstate Commerce by Robbery);
18 U.S.C. § 924(c)(1)(A)(ii) (Using, Carrying, and Brandishing a Firearm During a Crime of Violence);

Date: 09/23/2025

*Issuing officer's signature*

City and state:  Washington, D.C.

Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 09/24/25, and the person was arrested on *(date)* 10/7/25
at *(city and state)* Washington DC.

Date: 10/7/25

*Arresting officer's signature*

D. Stallman - DUSM
*Printed name and title*